# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JANET CRONIN**                                                                       **PLAINTIFF**

V.                 **CASE NO. 1:11CV00059 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Janet Cronin. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 6th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE